JOSEPH PHILLIPS, Respondent, *v.* ALBERT SPEYERS, Appellant.

(Argued February 27, 1872; decided March 26, 1872.)

ACTION for conversion of $500 in gold. The judgment below was for the value of the gold in currency at time of demand. *Held*, that the verdict should have been in gold dollars, not currency, on authority of *Kellogg* v. *Sweeney* (46 N. Y., 291).

*William A. Beach* for the appellant.

*Samuel Hand* for the respondent.

PECKHAM, J., reads for modifying judgment and making it for $500, with interest from January 5, 1865, payable in gold, with costs in the court below, payable in currency, without costs to either party in this court.

All concur; RAPALLO, J., of counsel, not voting.

Judgment accordingly.